## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 15-CV-24363

Plaintiff:
**MARJAM SUPPLY COMPANY OF FLORIDA, LLC**

vs.

Defendant:
**PLITEQ, INC. AND PAUL DOWNEY**

For:
LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP
201 SOUTH BISCAYNE BOULEVARD
MIAMI CENTER, 22ND FLOOR
MIAMI, FL 33131

Received by Lightning Legal Couriers on the 18th day of April, 2018 at 3:00 pm to be served on **ZACHARY YOUNG C/O KAST CONSTRUCTION COMPANY, 701 NORTHPOINT PARKWAY, SUITE 400, WEST PALM BEACH, FL 33407.**

I, Jorge Lopez, do hereby affirm that on the **20th day of April, 2018 at 10:00 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Appear and Testify At A Hearing or Trial in A Civil Action** with the date and hour of service endorsed thereon by me, to: **ZACHARY YOUNG** at the address of: **701 NORTHPOINT PARKWAY, SUITE 400, WEST PALM BEACH, FL 33407**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Jorge Lopez
Palm Beach County, CPS#1635

Lightning Legal Couriers
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2018000898

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARJAM SUPPLY COMPANY OF FLORIDA, LLC <br> *Plaintiff* <br> v. <br> PLITEQ, INC. AND PAUL DOWNEY <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 15-CV-24363 <br> ) <br> ) |

## SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Zachary Young, c/o KAST CONSTRUCTION COMPANY, 701 Northpoint Parkway, Suite 400, West Palm Beach, FL 33407

*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Wilkie D. Ferguson, Jr., U.S. Federal Courthouse <br> 400 North Miami Avenue <br> Miami, Florida | Courtroom No.: 11-3 |
|---|---|
| | Date and Time: 04/30/2018 9:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable):*

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/18/2018

*CLERK OF COURT*

_____          OR   _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

FBN 015847 |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Marjam Supply Company of Florida, LLC et al , who issues or requests this subpoena, are:

Stephanie Reed Traband, Levine Kellogg Lehman Schneider + Grossman LLP, 201 S. Biscayne Blvd., 22nd Floor, Miami, FL 33131, Tel: 305-403-8788; Fax: 305-403-8789; srt@lklsg.com (*Please call counsel to confirm appearance)

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).