UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24363-CIV-WILLIAMS

MARJAM SUPPLY COMPANY OF FLORIDA,
LLC, and MARJAM SUPPLY COMPANY,

    Plaintiffs/Counter-Defendants

vs.

PLITEQ, INC. and PAUL DOWNEY,

    Defendants/Counter-Plaintiffs

_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court following a status conference held on February 23, 2018, and calendar call on April 10, 2018. Pursuant to the discussions held on the record, it is **ORDERED AND ADJUDGED** as follows:

(1) Defendants, Pliteq and Paul Downey's renewed motion for summary judgment (DE 162) is **GRANTED IN PART**. The Court grants summary judgment as to all claims against Defendant Paul Downey.

(2) Pliteq's motion to exclude the testimony of Mr. Bennet Brooks is **GRANTED IN PART AND DENIED IN PART**. Mr. Brooks' testimony in rebuttal will be limited to the issues pertaining to the Met 3 project.

(3) Pliteq's sealed motions for sanctions (DE 156; DE 225) are **DENIED WITHOUT PREJUDICE**. Plaintiffs may raise the issues during trial, at which point the Court will decide whether a jury instruction is appropriate.

(4)  Pliteq's motion in limine (DE 197; DE 249, supplement) is **GRANTED IN PART AND DENIED IN PART**.  Pliteq's separate litigation with ECORE may be referenced by Marjam, but the contents of the settlement agreement and the details of that litigation are excluded from trial.  The Court reserves its ruling as to the remaining issues raised in Pliteq's motion in limine.

(5)  Marjam's motion in limine (DE 199) is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 27 day of April, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE