UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24363-CIV-WILLIAMS

MARJAM SUPPLY COMPANY OF FLORIDA,
LLC, and MARJAM SUPPLY COMPANY,

    Plaintiffs/Counter-Defendants

vs.

PLITEQ, INC. and PAUL DOWNEY,

    Defendants/Counter-Plaintiffs

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following a jury trial. The jury having rendered its verdict (DE 286), it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants/Counter-Plaintiffs Pliteq, Inc. and Paul Downey (collectively, "Pliteq") on all counts of the Complaint filed by Plaintiffs Marjam Supply Co. of Florida LLC and Marjam Supply Company (collectively, "Marjam") in this action and against Marjam. Marjam shall take nothing from their claims.

2. Judgment is entered in favor of Pliteq and against Marjam on Counts II, III, and IV of Pliteq's Counterclaim, in the amount of $310,000 in compensatory damages and $800,000 in punitive damages, for a total of $1,110,000, as set forth in the jury's verdict for which let execution issue forthwith.

3. All remaining motions are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this /6 day of May, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE