UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-cv-24363-WILLIAMS/SIMONTON

MARJAM SUPPLY COMPANY OF FLORIDA, LLC and MARJAM SUPPLY COMPANY,

    Plaintiffs,

v.

PLITEQ, INC. and PAUL DOWNEY,

    Defendants,

---

PLITEQ, INC. and PAUL DOWNEY,

    Counter-Plaintiffs,

v.

MARJAM SUPPLY COMPANY OF FLORIDA, LLC; MARJAM SUPPLY COMPANY; AND JIM METCALF,

    Counter-Defendants.

## ORDER GRANTING MOTION TO STAY EXECUTION OF JUDGMENT PENDING POST-TRIAL MOTIONS

**THIS MATTER** is before the Court on Counter-Defendants', Marjam Supply Company and Marjam Supply Company of Florida, LLC's (collectively "Marjam"), Motion to Stay Execution of Judgment Pending Post-Trial Motions, and for Approval of Supersedeas Bond ("Motion") (DE 300; DE 303). Upon review of the Motion and the record it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED,** as set forth below:

(1) the amount and form of the supersedeas bond proposed by Marjam (DE 303-1) is approved.

(2) Upon Marjam's posting of the bond, the Final Judgment (DE 291) is stayed, and the stay shall remain in effect until the later of (a) the resolution of any post-trial motion by Marjam, if in favor of Marjam, (b) Marjam's timely filing of a notice of appeal, or (c) until further order of the Court.

(3) Upon the filing of a timely notice of appeal, given that the supersedeas bond will already be in place, the stay shall continue in effect thereafter pursuant to Rule 62(d) unless otherwise ordered by the Court.

**DONE AND ORDERED** in Chambers in Miami, Florida this ____ day of June, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE