# Exhibit A

6/27/2017   Pliteq Mail - Your PO #740 (Our WO #56687) Is done and ready for shipment

 PLITEQ   Laura Lim <llim@pliteq.com>

## Your PO #740 (Our WO #56687) Is done and ready for shipment

11 messages

---

**Ultimate Shipping** <ultimateshipping@ultimaterb.com>   Wed, Jun 24, 2015 at 9:11 AM
To: "llim@pliteq.com" <llim@pliteq.com>, "pliteq4@rogers.com" <pliteq4@rogers.com>, "SIRELAND@PLITEQ.COM" <SIRELAND@pliteq.com>

24 skids
42,600 lbs

Please advise.

Thanks,

PLEASE NOTE OUR NEW EMAIL ADDRESS FOR OUR SHIPPING DEPARTMENT:
ULTIMATESHIPPING@ULTIMATERB.COM

Shipping Department
Ultimate RB, Inc.
Phone: 419-692-3000
Fax: 419-692-1401
E-mail: ultimateshipping@ultimaterb.com
Web-site: ultimaterb.com

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, use, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me and delete the message immediately.
This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, use, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me and delete the message immediately.

---

**Laura Lim** <llim@pliteq.com>   Wed, Jun 24, 2015 at 9:35 AM
To: dispatch@auditsource.net

Please quote this one for delivery to our warehouse in Miami - zip 33142.
I need very competetive rate
[Quoted text hidden]

--
Laura Lim
Pliteq Inc.
T 905-590-0056
E llim@pliteq.com

 PLITEQ



PLAINTIFF'S EXHIBIT 75

---

**Debbie Jones** <dispatch@auditsource.net>   Wed, Jun 24, 2015 at 10:02 AM
Reply-To: dispatch@auditsource.net
To: Laura Lim <llim@pliteq.com>

https://mail.google.com/mail/u/2/?ui=2&ik=a9c66862eb&jsver=IEZPUTRTfxI.en.&view=pt&q=before%3A%202015%2F07%2F10%20ultimaterb&qs=true&search=...   1/4

CONFIDENTIAL   PLI_MAR004577