# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-24363-WILLIAMS/SIMONTON

| | |
|---|---|
| MARJAM SUPPLY COMPANY OF FLORIDA, LLC and MARJAM SUPPLY COMPANY, ) ) ) ) | |
| Plaintiffs, ) ) ) | JURY TRIAL DEMANDED |
| v. ) ) | |
| PLITEQ, INC. and PAUL DOWNEY, ) ) ) | |
| Defendants, ) ) | |
| PLITEQ, INC. and PAUL DOWNEY, ) ) ) | |
| Counter-Plaintiffs, ) ) ) | |
| v. ) ) | |
| MARJAM SUPPLY COMPANY OF FLORIDA, LLC; MARJAM SUPPLY COMPANY; AND JIM METCALF, ) ) ) ) | |
| Counter-Defendants. ) ) | |

## DEFENDANTS' / COUNTER-PLAINTIFFS' RULE 26(A)(1) INITIAL DISCLOSURES

Defendants/Counter-Plaintiffs, Paul Downey ("Downey") and Pliteq, Inc. ("Pliteq"),

(collectively "Defendants"), provide the following Initial Disclosures pursuant to Rule 26(a)(1)

of the Federal Rules of Civil Procedure and subject to the attorney-client privilege, work product

protection doctrine, and all other applicable privileges. Defendants reserve the right to supplement these Disclosures and to rely upon the individuals identified in these Disclosures for subjects other than those identified herein for any reason, including, but not limited to, responding to Plaintiff's disclosures, discovery requests, evidence and testimony. Defendants also reserve the right to rely upon individuals not identified in these Disclosures whose identities and knowledge become known to the parties after the date of this disclosure.

**I.  Individuals Likely to have Discoverable Information that Defendants May Use to Support their Defenses and/or Counterclaims.**

In addition to any individuals identified in Plaintiff's Rule 26(a)(1) Initial Disclosures, Defendants identify the individuals and entities listed below as likely to have discoverable information that Defendants may use to defend against Plaintiff's claims and/or to support Defendants' Counterclaims.

1. Jim Metcalf

   Contact Information: Marjam Supply Co., 18000 New State Road 9, Miami, FL 33162.

   Subjects: Mr. Metcalf may have discoverable information relating to the promises, agreements, and contracts at issue in the Complaint and Counterclaims, and the performance thereof by the parties; the products, sales of products, performance of products, testing of products, and materials relating to the same at issue in the Complaint and Counterclaims; Marjam's interference with Pliteq's and Downey's contracts and business; Marjam's false and misleading representations regarding Pliteq, its products, and Mr. Downey; and Marjam's copyright infringement.

2. Mark Buller

Contact Information: Marjam Supply Co., 18000 New State Road 9, Miami, FL 33162.

Subjects: Mr. Buller may have discoverable information relating to the promises, agreements, and contracts at issue in the Complaint and Counterclaims, and the performance thereof by the parties; the products, sales of products, performance of products, testing of products, and materials relating to the same at issue in the Complaint and Counterclaims; Marjam's interference with Pliteq's and Downey's contracts and business; Marjam's false and misleading representations regarding Pliteq, its products, and Mr. Downey; and Marjam's copyright infringement

3. Individuals at ZOM Living, including Luis Reyes and Alex Panzeri

Contact Information: ZOM Holding, Inc., 2001 Summit Park Drive, Suite 300, Orlando, FL 32810, P: 407-644-6300

Subjects: The individuals at ZOM Living may have discoverable information relating to purported testing of GenieMat product referenced in paragraph 21 of Marjam's complaint (dkt. no. 1); the purported cancelled order of GenieMat product for the MET 3 project referenced in paragraph 22 of Marjam's complaint; and the specification of GenieMat product for use in the MET 3 project.

4. Individuals at Suffolk Construction, including Marcos Miranda, Peeron Harvey, Joseph Stamp, Armando Diaz, Jorge Palancar, Michael Alldredge, and Jennifer Jarquin

Contact Information: Suffolk Construction, One Biscayne Tower, Suite #2700, 2 South Biscayne Boulevard, Miami, FL 33131, 305-374-1107

3

Subjects: The individuals at Suffolk Construction may have discoverable information relating to the sale of GenieMat product referenced in paragraph 18 of Marjam's complaint and the specification of GenieMat product for use in the MET 3 project.

5. Individuals at General Property Construction, including Alein Delgado, Ricardo Roseney, Charlene Aleman, Raciel Borges, and Erik Dreke

Contact Information: General Property Construction, 1550 NW 96th Ave, Doral, FL, 305-592-9570.

Subjects: The individuals at General Property Construction may have discoverable information relating to the sale of GenieMat product referenced in paragraph 18 of Marjam's complaint; and the specification of GenieMat product for use in the MET 3 project.

6. Individuals at KAST Construction, including Chandler Aden and Zack Young

Contact Information: KAST Construction Corporate Headquarters, 701 Northpoint Pkwy, Suite 400, West Palm Beach, FL 33407, (561) 689-2910.

Subjects: The individuals at Kast Construction may have discoverable information relating to the sale of GenieMat product referenced in paragraph 18 of Marjam's complaint; and the specification of GenieMat product for use in the MET 3 project.

7. Paul Downey

Contact Information: c/o Brinks Gilson & Lione, 455 N. Cityfront Plaza, Suite 3600, Chicago, IL, 60611, 312-321-4200.

Subjects: Mr. Downey may have discoverable information relating to the promises, agreements, and contracts at issue in the Complaint and Counterclaims, and the performance thereof by the parties; the products, sales of products, performance of products, testing of products, and materials relating to the same at issue in the Complaint and Counterclaims; Marjam's interference with Pliteq's and Downey's contracts and business; Marjam's false and misleading representations regarding Pliteq, its products, and Mr. Downey; and Marjam's copyright infringement.

The above list does not include expert or impeachment witnesses. The identification of persons listed herein is also without prejudice to Defendants' rights to object to, or seek a protective order against, any deposition based upon any grounds, including without limitation, that the deposition of a person identified herein is burdensome or unnecessary.

## II.     Documents, Data, and Tangible Things that Downey and Pliteq May Use to Support their Defenses

Defendants describe the following categories of documents, electronically stored information, and tangible things (collectively referred to herein as "Documents") in Defendants' possession, custody, or control that Defendants may use to support their claims:

- Documents relating to the promises, agreements, and contracts at issue in the Complaint and Counterclaims, and the performance thereof by the parties;
- Documents relating to the products, sales of products, performance of products, testing of products, and materials relating to the same at issue in the Complaint and Counterclaims;
- Documents relating to Marjam's interference with Pliteq's and Downey's contracts and business;

5

- Documents relating to Marjam's false and misleading representations regarding Pliteq, its products, and Mr. Downey;

- Documents relating to Marjam's copyright infringement; and

- Defendants may also support their defenses and counterclaims with documents that Marjam and third parties will produce in this action.

## III.    Computation of Damages

At this time, Defendants' damages calculations are set-forth in Defendants' Answer and Counterclaims (dkt. no. 21).

## IV.    Insurance and Indemnity Agreements

Defendants are not aware of any insurance business that may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy a judgment.

Respectfully Submitted.

SHEEHE & ASSOCIATES, P.A.
One Biscayne Tower, Suite 2650
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 379-3515
Fax: (305) 379-5404
psheehe@sheeheandassociates.com

James R. Sobieraj (Admitted *Pro Hac Vice*)
Jeffery A. Handelman (Admitted *Pro Hac Vice*)
Jon H. Beaupré (Admitted *Pro Hac Vice*)
BRINKS GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
E-mail: jsobieraj@brinksgilson.com
E-mail: jhandelman@brinksgilson.com
E-mail: jbeaupre@brinksgilson.com

Attorneys for Defendants
Pliteq, Inc. and Paul Downey

BY: PHILLIP J. SHEEHE
Florida Bar Number 259128

/s/    Jon H. Beaupré_____

7

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2016, the foregoing document was served via E-Mail and U.S. Mail upon **Alan M. Lebensfeld, Esq. and Lawrence J. Sharon, Esq.**, (alan.lebensfeld@lsandspc.com and lawrence.sharon@lsandspc.com), Lebensfeld Sharon & Schwartz, P.C., 140 Broad Street, Red Bank, New Jersey 07701; **Joseph John Farina, Esq.**, (jfarina@boyesandfarina.com), Boyes & Farina, P.A., 3300 PGA Boulevard, Suite 600, Palm Beach Gardens, Florida 33410.

/s/ __Jon H. Beaupré_____
ATTORNEY