# Exhibit C

Page 10

```
 1  giving you these instructions is because you're
 2  here under oath today, and your testimony can be
 3  used in the proceedings that bring us here today,
 4  right?
 5       A.   Yes.
 6       Q.   We can't talk over each other.
 7  Sometimes depositions, or sometimes things get
 8  colloquial, they get very conversational.  It's
 9  going to be impossible for the court reporter to
10  get down my questions and your answers if we're
11  talking over each other.  Let me get out my
12  question, there may be objections on the other side
13  from counsel, once we square that away, you'll have
14  plenty of opportunity to answer the questions,
15  okay?
16       A.   Yeah.
17       Q.   And please give a verbal response,
18  the court reporter cannot take down shoulder shrugs
19  or guttural responses.  It will come up on the
20  video, but the court reporter won't be able to do
21  anything with that.  So if you can give me a verbal
22  response to the questions, I'd appreciate that.
23       A.   Yes.
24       Q.   Are you on any medications today
25  that might affect your ability to answer my
```

Page 11

```
 1  questions?
 2       A.   No.
 3       Q.   Are there any -- do you have any
 4  impairments that might affect your ability to
 5  answer my questions today?
 6            MR. KAPLAN:  Objection to form.
 7            THE WITNESS:  Pardon me?
 8            MR. KAPLAN:  From time to time I may
 9  object to the form of his question, just for the
10  record.  But you can still go ahead and answer.
11            THE WITNESS:  Not to the extent that I
12  wouldn't be able to answer your questions.
13            BY MR. SHARON:
14       Q.   Okay.
15            MR. GREEN:  Counsel, I can -- just
16  before we get into this.  I can advise you, Ms.
17  Lim, she does have a serious medical condition,
18  rheumatoid arthritis.  She may need some breaks
19  throughout the deposition today.
20            BY MR. SHARON:
21       Q.   That's fine.  If you do need a
22  break, say so.  While a question is pending, I'll
23  ask that you answer the question before we take a
24  break.  But certainly before I ask another
25  question, if you do need a break, let us know, I'm
```

Page 12

```
 1  happy to give you whatever breaks you need.  Okay?
 2       A.   Thank you.
 3       Q.   To start off, I'm going to show
 4  you a document.
 5            EXHIBIT NO. P-115:  Plaintiff's Notice
 6            of taking Videotaped Deposition dated
 7            November 17, 2017 with attachments.
 8            MR. GREEN:  Thanks.
 9            BY MR. SHARON:
10       Q.   Ms. Lim, you have in front of you
11  what's been marked as Plaintiff's Exhibit 115 for
12  identification purposes.
13            Have you ever seen this document
14  before?
15       A.   (Witness reviews document).
16            I don't know if it was exactly this
17  document.
18       Q.   Okay.  You know that you're
19  appearing here today pursuant to a court order that
20  was entered by the court here in Toronto to appear.
21            And the Order is attached to the
22  deposition notice.  And I just want to know if
23  you've seen either the deposition notice, or the
24  Order that is requiring your appearance today.
25       A.   Yes, I received paperwork that was
```

Page 13

```
 1  similar to this.
 2       Q.   Okay.  Ms. Lim, how much are you
 3  being paid by Pliteq to appear and testify at this
 4  deposition today?
 5       A.   Nothing.
 6       Q.   Are you receiving any form of
 7  remuneration, any compensation to be here today?
 8       A.   No.
 9       Q.   Have you, up until today, have you
10  received any remuneration or anything of value to
11  appear at this deposition today?
12       A.   No.
13       Q.   Have you been promised any
14  remuneration in connection with your testimony here
15  today?
16       A.   No.
17       Q.   Did anyone from Pliteq speak with
18  you about appearing for a deposition?
19       A.   Generally speaking, yes.
20       Q.   Who?
21       A.   Paul did.
22       Q.   Okay.  And when you say "Paul",
23  that's Mr. Downey?
24       A.   Yes.
25       Q.   Okay.  Did anyone from Pliteq ask
```

Case 1:15-cv-24363-KMW   Document 332-3   Entered on FLSD Docket 08/27/2018   Page 3 of 3

Marjam Supply Company of Florida, LLC v. Pliteq, Inc., et al.
LIM, LAURA on November 27, 2017

Pages 14–17

**Page 14**

```
 1   you to appear voluntarily for your deposition in
 2   this case?
 3        A.   No.
 4        Q.   What was the nature of the
 5   discussions you've had with Paul Downey about
 6   appearing for a deposition?
 7        A.   Well, from what I can recall back
 8   in June, I believe, he indicated that he had to go
 9   to the deposition in Florida, and that I may also
10   have to appear.  But he didn't know if I -- if it
11   continued to be that I did, would I rather go to
12   Florida or have it in Toronto.  I said, "in
13   Toronto".  And that was the end of that
14   conversation.
15             And then there was another conversation
16   in August, where I saw him at the company barbecue.
17   I asked him how the deposition went, very vague
18   conversation about that.  And said that he didn't
19   know if it was actually would be over and that
20   there may still be a chance that I would be deposed
21   in Toronto.  And that was the end of that.
22        Q.   Now, you mentioned this company
23   barbecue.  When was the company barbecue?
24        A.   I think it was in August, or
25   September.
```

**Page 15**

```
 1        Q.   And you attended the barbecue as
 2   an employee of Pliteq?
 3        A.   I was invited as a guest.
 4        Q.   The first time you spoke with
 5   Mr. Downey about your deposition, and he asked you
 6   your preference to appear in either Miami or
 7   Toronto, did he offer to bring you to Miami for the
 8   deposition?
 9        A.   He didn't really get any further
10   than that.
11        Q.   You just told him that you'd
12   prefer to be deposed up here in Toronto?
13        A.   Yes, that was -- that was
14   basically it.
15        Q.   Did he ask you to appear
16   voluntarily for the deposition?
17             MR. KAPLAN:  Asked and answered.
18             BY MR. SHARON:
19        Q.   You can answer.
20        A.   Answered already.  He didn't ask
21   me to voluntarily appear to the deposition.
22        Q.   Did you tell him that you would
23   not appear voluntarily for the deposition?
24        A.   No, because he never asked me.
25        Q.   Did he ask you to come to Miami
```

**Page 16**

```
 1   for a deposition?
 2        A.   No.
 3        Q.   Did Mr. Downey tell you not to
 4   agree to appear voluntarily for your deposition?
 5        A.   I don't remember the word
 6   "voluntary" coming up in any conversation.
 7        Q.   Well, did he ask you generally,
 8   "if Marjam's lawyers want to depose you, don't make
 9   it easy for them"?
10        A.   No, we didn't have a conversation
11   like that.
12        Q.   Did anyone from Pliteq ask you not
13   to appear for a deposition in any location?
14        A.   No.
15        Q.   If Mr. Downey had asked you to
16   appear voluntarily for your deposition, would you
17   have agreed to do so?
18             MR. KAPLAN:  Objection to form.
19             THE WITNESS:  I don't know.  I was
20   retired, I -- I don't know the answer to that.
21             BY MR. SHARON:
22        Q.   Is Pliteq paying for your lawyer
23   here today?
24        A.   No.
25        Q.   So you're paying the Gowling firm
```

**Page 17**

```
 1   to appear today?
 2        A.   Yes.
 3        Q.   Has Pliteq paid for any of these
 4   fees that had been incurred by you in connection
 5   with this deposition process up-to-date?
 6             MR. KAPLAN:  Objection to form.
 7             THE WITNESS:  I don't think I've
 8   incurred any fees.
 9             BY MR. SHARON:
10        Q.   You haven't gotten any bills from
11   the Gowling firm?
12        A.   Not yet, no.
13        Q.   If you do receive any bills from
14   the Gowling firm, do you have any understanding of
15   how those bills are going to be paid?
16        A.   I'm going to pay them.
17        Q.   You, yourself?
18        A.   Uhm-hmm.
19        Q.   Has Mr. Downey promised to cover
20   your legal expenses for your attendance at this
21   deposition?
22        A.   I don't recall a discussion on it.
23   I don't know.
24        Q.   So there may have been a
25   discussion about paying for your time today?
```