# Exhibit F

## Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| January 2018 | | | | | |
| 01/03/2018 | GG | Reviewed and revised renewed motion for summary judgment; email corr with legal team re: ▇▇▇ | 1.40 | 700.00 | D, E, NC <br><br> Redacted |
| 01/05/2018 | GG | Meeting with David Zack re: Motion for Summary Judgment; revised same; | 1.10 | 550.00 | D, E |
| 01/22/2018 | GG | Revised Opposition to Motion for Summary Judgment; email correspondence re: ▇▇▇; legal research re: ▇▇▇ | 4.40 | 2,200.00 | D, E, NC, BB <br> Redacted |
| 01/23/2018 | GG | Phone conference with Mr, Kaplan; ▇▇▇ for Opp. to MSJ; drafted ▇▇▇; email correspondence with client | 2.30 | 1,150.00 | V, D, E, NC, BB <br> Redacted |
| 01/26/2018 | GG | Reviewed and revised Reply in Support o MSJ; | 2.60 | 1,300.00 | D, E |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Gabriel Groisman | 11.8 | $500.00 | $5,900.00 |

1

# Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| February 2018 | | | | | |
| 02/20/2018 | GG | Phone conference with team re ▉▉▉▉▉▉▉: reviewed pending motions, court scheduling order and pre-trial filing requirements | 1.40 | 700.00 | D, E, V, NC, BB Redacted |
| 02/21/2018 | GG | Reviewed Deposition transcripts to prepare deposition designations for trial | 5.80 | 2,900.00 | D, E |
| 02/22/2018 | GG | Prepared for status conference hearing on pending motions; Conference with team re: same; Reviewed deposition transcripts to prepare deposition designations for trial; | 6.20 | 3,100.00 | D, E, BB |
| 02/23/2018 | GG | Prepares for and attended hearing; conference with opposing counsel; email with Court | 4.50 | 2,250.00 | D, E, V |
| 02/26/2018 | GG | Reviewed deposition transcripts in preparing deposition designations for trial; email correspondence with opposing counsel and mediator; | 8.50 | 4,250.00 | D, E, V, NC, BB |
| 02/27/2018 | GG | Drafted Confidential Mediation Summary | 4.40 | 2,200.00 | D, E, NC |
| 02/28/2018 | GG | Finalized confidential mediation statement; email correspondence with mediator; email correspondence with opposing counsel; reviewed ▉▉▉▉▉▉; reviewed supplemental information to mediator; | 1.80 | 900.00 | D, E, NC, V, BB |

# Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|------|------|-------------|------|--------|------------|

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Gabriel Groisman | 32.6 | $500.00 | $16,300.00 |

## Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| March 2018 | | | | | |
| 03/01/2018 | GG | Attended mediation | 5.30 | 2,650.00 | D, E, NC |
| 03/02/2018 | GG | Email correspondence with opposing counsel regarding sealing certain information at trial; revised Reply in Support of motion in limine; reviewed and revised stipulation; | 0.80 | 400.00 | D, E, NC, BB |
| 03/05/2018 | GG | Reviewed transcripts in preparation for deposition designations for Pre-Trial Stipulation | 3.90 | 1,950.00 | D, E, NC Redacted |
| 03/06/2018 | GG | Reviewed deposition transcripts for deposition designations in pre-trial stipulation; email correspondence with opposing counsel; | 2.70 | 1,350.00 | D, E, BB |
| 03/07/2018 | GG | Reviewed depositions transcripts for pretrial stipulation designations; email corr w/ opposing counsel re: schedule; legal research re: ; reviewed exhibit list; conference with Juan Hernandez | 6.30 | 3,150.00 | D, E, NC, BB Redacted |
| 03/08/2018 | GG | Phone conference with Mr. Kaplan re: trial strategy; reviewed exhibit and witness list; | 0.40 | 200.00 | V, D, E |
| 03/12/2018 | GG | Legal research for and drafting of Memorandum of law on Sealing Evidence at Trial; finalized same; reviewed and revised pre-trial stipulation | 4.50 | 2,250.00 | NC, D, E, BB |

# Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| 03/13/2018 | GG | Reviewed deposition transcripts in preparation of deposition designations for pre-trial stipulation; email correspondence re: same; reviewed and finalized memorandum on sealing court proceedings and evidence; email correspondence to client re: same; | 5.90 | 2,950.00 | NC, D, E, BB |
| 03/14/2018 | GG | Reviewed Sharon's proposed jury instructions; | 0.40 | 200.00 | D, E |
| 03/15/2018 | GG | Meeting with Mr. Kaplan and Mr. Zack re: trial strategy; Reviewed Marjam's jury instruction and pre-trial stipulation proposals; prepared response re: same; email correspondence with opposing counsel re: same; legal research re: same; | 5.10 | 2,550.00 | V, D, E, NC, |
| 03/16/2018 | GG | Phone conference with client; email correspondence with opposing counsel re: jury instructions; reviewed Dodge outline from Downey; reviewed updated exhibit list; | 1.40 | 700.00 | NC, D, E, BB |
| 03/19/2018 | GG | Reviewed Marjam's revisions to the jury instructions; prepared joint filing as required by Court; email correspondence re same; Conference with counsel re: same; finalized and filed same; | 4.80 | 2,400.00 | NC, D, E, BB |
| 03/20/2018 | DD | Reviewed pleadings and trial exhibits in preparation for trial; | 6.90 | 1,828.50 | V, D, E |
| 03/21/2018 | DD | Reviewed pleadings of the case in preparation for trial. | 8.30 | 0.00 | |

# Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| 03/21/2018 | GG | Reviewed deposition transcripts; began work on Downey trial testimony; | 4.50 | 2,250.00 | V |
| 03/22/2018 | GG | Worked on direct examination for Paul Downey; email correspondence re: same; | 2.60 | 1,300.00 | |
| 03/22/2018 | DD | Reviewed pleadings in preparation for trial. | 6.10 | 0.00 | |
| 03/23/2018 | GG | Reviewed Marjam's designations; made counter-designations | 5.00 | 2,500.00 | V, D, E |
| 03/23/2018 | DD | Reviewed pleadings to ascertain ▮▮▮ | 2.90 | 768.50 | V, NC Redacted |
| 03/26/2018 | DD | Reviewed cases and pleadings re: ▮▮▮ conference with Mr. Groisman re: same. | 6.00 | 1,590.00 | V, D, E, NC Redacted |
| 03/26/2018 | GG | Trial Prep; conference with Mr. Kaplan; studied Schoettlekotte damage report; worked on Downey direct; reviewed and revised supplemental motion for spoliation sanctions; reviewed caselaw and facts re: ▮▮▮; Conference w/Ms. Darmon re: same; | 8.40 | 4,200.00 | V, D, E, NC, BB Redacted |
| 03/27/2018 | DD | Researched and drafted internal memo re: ▮▮▮ | 7.90 | 2,093.50 | V, D, E, NC Redacted |

6

# Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| 03/28/2018 | GG | Trial Prep; reviewed reports, trial exhibits, Expert notes, conference with Mr Kaplan, conference with Ms. Darmon, worked on direct testimony, legal research re: [redacted]; reviewed Ecore documents | 9.20 | 4,600.00 | V, D, E, NC, BB Redacted |
| 03/28/2018 | DD | Reviewed Pliteq's trial exhibits to determine admissibility of evidence. | 2.00 | 530.00 | D, E |
| 03/28/2018 | DD | Researched and drafted internal memo re: [redacted] | 7.50 | 1,987.50 | V, D, E, NC, Redacted |
| 03/29/2018 | GG | Meeting with Paul Downey on Trial testimony; reviewed and revised notes re: same; trial prep; | 6.00 | 3,000.00 | V, BB |
| 03/29/2018 | DD | Researched and drafted internal memo re: [redacted] | 7.90 | 2,093.50 | V, D, E, NC, Redacted |
| 03/30/2018 | GG | Worked on Downey testimony; phone conference with John Freidkas | 3.50 | 1,750.00 | V, D, E, NC, BB Freidkas was not called |

| Time Keeper | Quantity | Rate | Discount | Total |
|---|---|---|---|---|
| Danit Darmon | 55.5 | $265.00 | -$3,816.00 | $10,891.50 |
| Gabriel Groisman | 80.7 | $500.00 | - | $40,350.00 |

# Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| April 2018 | | | | | |
| 04/01/2018 | GG | Phone conference with ▓▓▓▓; email correspondence with client re: ▓▓▓▓; conference with Mr Kaplan re ▓▓▓▓; reviewed damages documents | 3.60 | 1,800.00 | V, D, E, NC, BB Redacted |
| 04/02/2018 | GG | Phone conference with Mr Kaplan re trial, witnesses and strategy; worked on ▓▓▓▓ | 4.40 | 2,200.00 | V, D, E, NC, BB Redacted |
| 04/03/2018 | GG | Conference with Mr Kaplan re: trial, testimony, damages, strategy; worked on ▓▓▓▓; reviewed trial exhibits; conference with Ms. Darmon re: voir dire; phone conference with client re ▓▓▓▓; drafted reply in support of memorandum on sealing records | 9.20 | 4,600.00 | V, D, E, NC, BB Redacted |
| 04/03/2018 | DD | Researched and drafted internal memo re: ▓▓▓▓ | 8.40 | 2,226.00 | V, NC, E, Redacted |
| 04/04/2018 | DD | Research ▓▓▓▓ | 1.00 | 265.00 | V, NC, E, Redacted |
| 04/04/2018 | DD | Drafted ▓▓▓▓ | 1.20 | 318.00 | V, NC, E, Redacted |
| 04/04/2018 | GG | Trial Prep | 7.10 | 3,550.00 | V, D, E |
| 04/05/2018 | DD | Researched ▓▓▓▓ | 4.80 | 1,272.00 | V, NC, E, Redacted |

8

# Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| 04/05/2018 | GG | Trial Prep - Downey, experts and damages; | 5.50 | 2,750.00 | V, D, E, NC |
| 04/06/2018 | DD | Researched and prepared | 6.50 | 1,722.50 | V, NC, E, Redacted |
| 04/08/2018 | GG | Trial Prep; phone conference with Mr Kaplan; | 4.50 | 2,250.00 | V, D, E |
| 04/09/2018 | GG | Trial prep; conference with Mr. Kaplan; conference with Mr. Downey; | 9.70 | 4,850.00 | V, D, E, NC, BB Redacted |
| 04/09/2018 | DD | Researched | 6.10 | 1,616.50 | V, NC, E, Redacted |
| 04/10/2018 | DD | Reviewed trial exhibits and marked Marjam's objections. | 3.70 | 980.50 | V, D, E |
| 04/10/2018 | DD | Met | 0.30 | 79.50 | V, NC Redacted |
| 04/10/2018 | GG | Trial Prep; phone conference with Mr. Downey re:         ; focus on         ; attended pre-trial hearing; conference w/Mr. Kaplan | 9.30 | 4,650.00 | V, D, E, NC, BB Redacted |
| 04/11/2018 | DD | Reviewed | 1.60 | 424.00 | V, NC, E, Redacted |
| 04/11/2018 | DD | Drafted | 1.80 | 477.00 | V, NC, E, Redacted |

9

## Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| 04/12/2018 | GG | Trial Prep; email correspondence with client; reviewed deposition designation objections; | 5.70 | 2,850.00 | V, D, E |
| 04/13/2018 | GG | Trial Prep; [redacted] ;reviewed exhibits; | 4.90 | 2,450.00 | V, D, E, NC, BB, Redacted |
| 04/16/2018 | GG | Trial Prep | 7.50 | 3,750.00 | V, D, E |
| 04/17/2018 | GG | Trial Prep | 8.10 | 4,050.00 | V, D, E |
| 04/18/2018 | GG | Trial Prep | 9.60 | 4,800.00 | V, D, E |
| 04/19/2018 | GG | Trial Prep | 8.40 | 4,200.00 | V, D, E |
| 04/20/2018 | GG | Trial Prep | 4.80 | 2,400.00 | V, D, E |
| 04/23/2018 | DD | Researched [redacted] | 4.10 | 1,086.50 | V, NC, E, Redacted |
| 04/23/2018 | DD | Reviewed the Judge's order re partial summary judgment. | 0.80 | 212.00 | D, E |
| 04/23/2018 | DD | Researched [redacted] | 0.30 | 79.50 | V, NC, Redacted |
| 04/23/2018 | DD | Researched [redacted] | 0.30 | 450.50 | V, NC, Redacted |
| 04/23/2018 | GG | Trial Prep | 9.60 | 4,800.00 | V, D, E |

# Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| 04/24/2018 | GG | Trial Prep | 12.00 | 6,000.00 | V, D, E |
| 04/24/2018 | DD | Reviewed▓▓▓▓▓▓▓; Phone▓▓▓▓▓▓ | 5.70 | 1,510.50 | V, D, E, NC, Redacted |
| 04/25/2018 | GG | Trial Prep | 7.40 | 3,700.00 | V, D, E |
| 04/25/2018 | DD | Reviewed and outlined▓▓▓▓▓▓ | 1.10 | 291.50 | V, NC, E, Redacted |
| 04/25/2018 | DD | Researched▓▓▓▓▓ | 3.50 | 927.50 | V, NC, E, Redacted |
| 04/26/2018 | DD | Drafted▓▓▓▓▓ | 4.30 | 1,139.50 | V, NC, E, Redacted |
| 04/26/2018 | DD | Phone call with Jared Whaley at Coffey Burlington re trial prep. | 0.10 | 26.50 | V, D |
| 4/26/2018 | DD | Drafted memo re▓▓▓▓▓ | 2.60 | $689.00 | V, NC, E, Redacted |
| 4/27/2018 | GG | Trial Prep | 8.20 | $4,100.00 | V |
| 4/27/2018 | DD | Drafted_▓▓▓▓▓ | 4.20 | $1,113.00 | V, NC, E, Redacted |
| 4/27/2018 | DD | Research▓▓▓▓▓ | 0.70 | $185.50 | V, NC, E, Redacted |
| 04/29/2018 | DD | Researched and drafted memo re▓▓▓▓▓ | 4.50 | 1,192.50 | V, NC, E, Redacted |
| 04/29/2018 | GG | Trial Prep | 6.80 | 3,400.00 | V, D, E |
| 04/30/2018 | GG | Trial Day 1 | 8.00 | 4,000.00 | D, E |

## Groisman, PLLC Invoice Analysis

| Date | Name | Description | Time | Amount | Objections |
|---|---|---|---|---|---|
| May 2018 | | | | | |
| 05/01/2018 | GG | Trial Day 2 | 9.50 | 4,750.00 | D, E |
| 05/01/2018 | DD | [description redacted] | 0.50 | 132.50 | V, NC, Redacted |
| 05/01/2018 | DD | Printed all of the exhibits introduced during Paul Downey's direct and created a binder for same; created a list of Marjam's objections to Pliteq's trial exhibits that were to be introduced during Downey's direct. | 7.20 | 1,908.00 | D, E |
| 05/02/2018 | GG | Trial Day 3 | 9.50 | 4,750.00 | D, E |
| 05/03/2018 | GG | Trial Day 4 | 8.50 | 4,250.00 | D, E |
| 05/03/2018 | DD | Found proposed jury instructions to send to the Judge as requested. | 0.20 | 53.00 | V |
| 05/04/2018 | GG | Trial Day 5 | 9.50 | 4,750.00 | D, E |
| 05/06/2018 | GG | Trial Prep | 4.30 | 2,150.00 | V, D, E |
| 05/07/2018 | DD | Researched jury instructions for spoliation of evidence. | 1.10 | 291.50 | NC |
| 05/07/2018 | GG | Trial Day 6 | 9.70 | 4,850.00 | D, E |
| 05/08/2018 | GG | Trial Day 7 | 8.00 | 4,000.00 | D, E |
| 05/09/2018 | GG | Trial Day 8 | 5.00 | 2,500.00 | D, E |

# Groisman, PLLC Invoice Analysis

| Expenses | | | | | |
|---|---|---|---|---|---|
| 04/17/2018 | Expense | Parking | 1.00 | 12.00 | NC |
| 05/09/2018 | Expense | Courthouse parking for trial week (M-F, M-W) | 1.00 | 120.00 | NC |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Danit Darmon | 78.0 | $265.00 | $20,670.00 |
| Gabriel Groisman | 218.3 | $500.00 | $109,150.00 |

13