# Exhibit H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-24363-Williams/Simonton

MARJAM SUPPLY COMPANY OF
FLORIDA, LLC and MARJAM
SUPPLY COMPANY,

        Plaintiffs,

vs.

PLITEQ, INC., ULTIMATE RB, INC.
and PAUL DOWNEY,

        Defendants.
_____/

**DECLARATION OF LAWRENCE J. SHARON**

I, LAWRENCE J. SHARON, hereby declare as follows:

1. I am a principal in the firm of Lebensfeld Sharon & Schwartz P.C. (the "**Firm**"), counsel for Plaintiffs, **Marjam Supply Company of Florida, LLC** and **Marjam Supply Company** (collectively, "**Marjam**").

2. Marjam has been represented by the Firm from the outset of the litigation. We have billed Marjam on an hourly basis in this and all other matters we have handled for Marjam.

3. This litigation was handled primarily by me, at a billing rate of $350 per hour.

4. I had some assistance, including with respect to trial preparation and conducting the trial, from my partner, Brett R. Schwartz, Esq., who billed Marjam at the rate of $325 per hour.

5. Alan M. Lebensfeld, Esq., the senior member of our firm, drafted the Complaint, and has provided other assistance during the course of the litigation. His billing rate to Marjam is $395 per hour.

6. David M. Arroyo, Esq., an associate of the firm, provided some assistance in connection with the summary judgment motions. His billing rate is $300 per hour.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on August 27, 2018.

/s/ Lawrence J. Sharon
Lawrence J. Sharon