# Exhibit I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-24363-WILLIAMS/SIMONTON

MARJAM SUPPLY COMPANY OF
FLORIDA, LLC and MARJAM
SUPPLY COMPANY,

        Plaintiffs,

vs.

PLITEQ, INC., ULTIMATE RB, INC.
and PAUL DOWNEY,

        Defendants.
_____/

## AFFIDAVIT OF STEPHANIE REED TRABAND

STATE OF FLORIDA      )

COUNTY OF MIAMI-DADE    )

Before me appeared Stephanie Reed Traband, who after being duly sworn, deposed and stated as follows:

1. I am over the age of 18 years old. I am a partner at Levine Kellogg Lehman Schneider & Grossman LLP ("Firm"). I have been a member of The Florida Bar since 1998.

2. I have served as local counsel for Marjam Supply Company of Florida, LLC and Marjam Supply Company (together, "Marjam") in this action since February 2018. The Firm has billed by the hour, and we have no contingency or other arrangements that could change the effective hourly rate charged to Marjam by the Firm.

3. My hourly rate for this matter is $300/hour. At times, associate Marcelo Diaz-Cortes has briefly assisted in this matter and we charged $250/hour for his time. Paralegal Elsa Fresco also assisted briefly and we charged $150/hour for her time.

4. The Firm has not billed Marjam for the time of any other attorneys or paraprofessionals.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Stephanie Reed Traband

SWORN TO AND SUBSCRIBED before me by Stephanie Reed Traband, who is personally known to me and who did take an oath, on this <u>27th</u> day of August, 2018.



_____
Notary Public

My Commission Expires: 8/13/2019

2