**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-cv-24363-WILLIAMS**

MARJAM SUPPLY COMPANY OF FLORIDA, LLC, *et al.*

    Plaintiffs/ Counter-Defendants,

vs.

PLITEQ, INC. and PAUL DOWNEY,

    Defendants/ Counter-Plaintiffs.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jacqueline Becerra's report and recommendation on Defendants/Counter-Plaintiffs' motions for attorneys' fees and costs (the "Report"). (DE 374). In the thorough and well-reasoned Report, Judge Becerra explains that Defendants / Counter-Plaintiffs should be awarded $1,452,430.22 in attorneys' fees and $36,710.67 in costs. Plaintiffs / Counter-Defendants filed objections to the Report. (DE 380). Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 374) is **AFFIRMED AND ADOPTED**.

2. Defendants / Counter-Plaintiffs' motions for attorneys' fees and bill of costs (DE 307; DE 308; DE 317; DE 359) are **GRANTED IN PART and DENIED IN PART**.

3. Defendants / Counter-Plaintiffs are awarded **$1,452,430.22** in attorneys' fees and **$36,710.67** in costs.

4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 30th day of March, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE