UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-cv-24363-CIV-WILLIAMS

MARJAM SUPPLY COMPANY
OF FLORIDA, LLC, *et al.*

    Plaintiffs / Counter-Defendants,

vs.

PLITEQ, INC. and PAUL DOWNEY,

    Defendants / Counter-Plaintiffs.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jacqueline Becerra's report and recommendation (DE 388) ("Report") on Plaintiffs / Counter-Defendants' motion to post a supersedeas bond and a stay of execution pending appeal (DE 384). Defendants / Counter-Plaintiffs did not file objections to the Report and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 388) is **AFFIRMED AND ADOPTED**.

2. Plaintiffs / Counter-Defendants' motion (DE 384) is **GRANTED**.

3. Plaintiffs / Counter-Defendants shall post a supersedeas bond of **$1,638,054.98** within seven (7) days of this Order.

4. The execution of the Court's Final Judgment for Attorneys' Fees and Costs (DE 383) is **STAYED** pending Plaintiffs / Counter-Defendants' appeal to the Eleventh Circuit.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 12th day of May, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE