# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 14, 2022

FILED BY____AP____D.C.

Jan 14, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 21-11395-BB
Case Style: Marjam Supply Company, et al v. Pliteq, Inc., et al
District Court Docket No: 1:15-cv-24363-KMW

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Richardson, BB
Phone #: (404) 335-6174

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-11395-BB

_____

MARJAM SUPPLY COMPANY OF FLORIDA, LLC,
MARJAM SUPPLY COMPANY,

                                                  Plaintiffs - Counter Defendants - Appellants,

versus

PLITEQ, INC.,
PAUL DOWNEY,

                                                  Defendants - Counter Claimants - Appellees,

_____

On Appeal from the United States
District Court for the Southern District of Florida

_____

BEFORE: LUCK, LAGOA, and MARCUS, Circuit Judges.

BY THE COURT:

    The parties' joint motion to dismiss this appeal is GRANTED. This appeal is DISMISSED.

All pending motions are DENIED AS MOOT.

    The Clerk's Office is DIRECTED to close this matter.